```
                                                      CLERK'S OFFICE
                                                      U.S. DISTRICT COURT
           UNITED STATES DISTRICT COURT               AT ROANOKE, VA
           WESTERN DISTRICT OF VIRGINIA               FILED
                 ROANOKE DIVISION                     February 11, 2025
                                                      LAURA A. AUSTIN, CLERK
                                                      BY: s/ S. Neily, Deputy Clerk
```

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:24-cv-712 |
| | ) |
| | ) |
| VIRGINIA POLYTECNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) |
|    Defendants, | ) |

### ORDER TO SHOW CAUSE

    Plaintiff Jane Doe filed her complaint in this action on October 17, 2024. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve a defendant within 90 days after the complaint is filed. Plaintiff was sent a 90-day notice on January 21, 2025, notifying her that she had 15 days to notify the Clerk of Court that the defendants have been served or risk dismissal of the defendants. Dkt. 7. Plaintiff has not provided notice of service in the 117 days since the Complaint was filed.

    In accordance with Rule 4(m), Plaintiff is **ORDERED TO SHOW CAUSE** within fourteen days from the date of this Order why this action should not be dismissed for failure to serve. Plaintiff is admonished that the failure to comply with this order will result in this action being dismissed without further notice.

                                                    Enter:   February 11, 2025

*Robert S. Ballou*
Robert S. Ballou
United States District Judge