UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JANE DOE | ) |
| | ) |
|    Plaintiff, | ) |
| | )   **Case No. 7:24-cv-712** |
|    v. | ) |
| | ) |
| VIRGINIA POLYTECNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, *et al.* | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Jane Doe, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), to notify the court to dismiss the above-captioned matter without prejudice.

DATE: February 18, 2025

                                                                              **Respectfully submitted,**

                                                                              /s/
                                          Joshua Erlich, VA Bar. No. 81298
                                          The Erlich Law Office, PLLC
                                          1550 Wilson Blvd. Suite 700
                                          Arlington, VA  22209
                                          Tel: (703) 791-9087
                                          Fax: (703) 351-9292
                                          Email: jerlich@erlichlawoffice.com