CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 19, 2025

LAURA A. AUSTIN, CLERK
BY: **/s/ S. Wray**
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 7:24-cv-712 |
| | ) |
| Virginia Polytechnic Institute | ) |
| and State University, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff filed a notice of voluntary dismissal. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is dismissed without prejudice, and **STRIKEN** from the docket of the court.

Entered: February 19, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1